IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALFRED JONES,

    Plaintiff,

vs.                                     5:05-CV-116-SPM

IRS COMMISSIONER,

    Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 12) filed May 5, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. To date, no objections have been received.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 12) is adopted and incorporated by reference in this order.

2.   This case is *dismissed* without prejudice for failure to obey court orders.

**DONE AND ORDERED** this sixth day of June, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge